IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LISA BARNHILL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:21-cv-1377 (AJT/WEF) |
| ) | |
| MERRICK GARLAND, ) | |
| *U.S. Attorney General,* ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

This matter is before the Court on the Report and Recommendation, [Doc. No. 78] (the "R&R"), of Magistrate Judge William Fitzpatrick recommending that the Court overrule Plaintiff Lisa Barnhill's objection to the Government's Bill of Costs and that the Court deny Barnhill's Motion to Stay the Adjudication of Costs Pending Appeal, [Doc. No. 69] (the "Motion"). On January 30, 2024, Barnhill filed a timely objection to the R&R, [Doc. No. 83], and on February 2, the Government filed its response. [Doc. No. 85].

The Court has conducted a review of the Magistrate Judge's disposition pursuant to Federal Rule of Civil Procedure 72(a),[1] and finding no clear error or conclusion contrary to law, the Court adopts and incorporates the findings and recommendations of the R&R in their entirety. For the reasons articulated by Magistrate Judge Fitzpatrick, the Court finds it appropriate to award the requested costs to the Government, and to not stay the collection of those costs pending appeal. Accordingly, it is hereby

---

[1] The Court observes, however, as the Government does in its response, that while Plaintiff has filed objections to the R&R, Plaintiff only appears to object to the recommendation that the stay be denied, rather than the award of costs generally. *See* [Doc. No. 83] at 2. Plaintiff has therefore waived all objections to the Bill of Costs; nevertheless, for completeness, the Court has undertaken a review of both the objection to costs and the Motion.

1

**ORDERED** that the Magistrate Judge's Report and Recommendation, [Doc. No. 78], be, and the same herby is, **ADOPTED**; and it is further

**ORDERED** that the Government is awarded its Bill of Costs, for an amount totaling $7,427.50; and it is further

**ORDERED** that Plaintiff's Motion to Stay, [Doc. No. 69], be, and the same hereby is, **DENIED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
February 8, 2024

Anthony J. Trenga
Senior U.S. District Judge